|   |   |
|---|---|
| 1 | M. BRADLEY JOHNSON, ESQ. |
|   | Nevada State Bar No. 4646 |
| 2 | bjohnson@sjwlawfirm.com |
|   | SCHNITZER JOHNSON & WATSON, CHTD. |
| 3 | 8985 S. Eastern Ave., Ste. 200 |
|   | Las Vegas, NV 89123 |
| 4 | (702) 362-6666 - Telephone |
|   | (702) 362-2203 - Facsimile |
| 5 | *Attorneys for Defendant* |
|   | *Country Insurance Company* |

### UNITED STATE DISTRICT COURT
### DISTRICT OF NEVADA

LAURA ELIZABETH FUSSELL, as an individual;

    Plaintiff,

v.

COUNTRY PREFERRED INSURANCE COMPANY dba COUNTRY FINANCIAL INSURANCE, an Illinois Corporation; JOHN DOES II-V; JANE DOES I-V; ABC CORPORATIONS I-V; and XYZ PARTNERSHIPS I-V,

    Defendants.

Case No. 2:25-cv-01585-RFB-DJA

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated this __8th__ day of October, 2025

PITARO AND FUMO, CHTD.

*Dustin R. Marcello, Esq.*
DUSTIN R. MARCELLO, ESQ.
Nevada State Bar No. 10134
601 Las Vegas Boulevard South
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Dated this _____ day of October, 2025

SCHNITZER JOHNSON & WATSON, CHTD.

M. BRADLEY JOHNSON, ESQ.
Nevada State Bar No. 4646
8985 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant*

1

**ORDER**

Based upon the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
RICHARD F. BOULWARE, II